FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 0 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | NO. 5:19-CR- 9 | |
| | § | RWS/CMC | |
| CEDRIC RONDELL HOWARD | § | FILED UNDER SEAL | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation:   18 U.S.C. § 922(a)(6) (False Statement in Connection with Attempted Acquisition of a Firearm)

On or about the 9th day of October, 2018, in Bowie County, in the Eastern District of Texas, the defendant, **Cedric Rondell Howard**, in connection with his attempted acquisition of a firearm, that is, a Marlin Firearms, model 60, .22 caliber, rifle, from Cash America Pawn of Texarkana, in Texarkana, Texas, a licensed dealer, knowingly made a false and fictitious written statement to Cash America Pawn of Texarkana in Texarkana, Texas, which statement was likely to deceive Cash America Pawn of Texarkana, in Texarkana, Texas, as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented that he had not been convicted in any court of a misdemeanor crime of domestic violence, or a felony, or any other crime, for which the judge could have imprisoned him for more

Indictment Page 1

than one year, even if he received a shorter sentence including probation, when in fact, as the defendant then well knew, he had been previously convicted of both Assault Causes Bodily Injury Family Violence, on July 31, 2008, in Cause No. 2008-2134, in the County Court at Law #1 in and for Gregg County, Texas, and Burglary of a Habitation, a 1st degree felony, on April 1, 1993, in Cause No. CR- 93-004, in the 4th Judicial District Court in and for Rusk County, Texas,

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL,

_____*MF*_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
JIM NOBLE
ASSISTANT U. S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (facsimile)
Texas State Bar No. 15050100
James.Noble@usdoj.gov

_____03/20/2019_____
Date

Indictment Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA　　§
　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　§　　NO. 5:19-CR-___
　　　　　　　　　　　　　　　§
CEDRIC RONDELL HOWARD　　　§　　**FILED UNDER SEAL**

## NOTICE OF PENALTY

### Count One

Violation:　　　　　　18 U.S.C. § 922(a)(6)
　　　　　　　　　　(False Statement in Attempt to Acquire Firearm)

Penalty:　　　　　　A fine of not more than $250,000.00; imprisonment for not more than ten (10) years; a term of supervised release of not more than three (3) years.  18 U.S.C. § 924(a)(2).

Special Assessment:　　$100

Indictment Page 3