IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 5:19-CR-09 |
| | § | (Judge Schroeder/Craven) |
| CEDRIC RONDELL HOWARD | § | |

## FACTUAL BASIS

Investigation by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) disclosed the following facts that establish that I, the defendant, Cedric Rondell Howard, violated 18 U.S.C. § 922(a)(6).

I accept the following factual basis as true and correct:

1.      On October 9, 2018 in Bowie County, Texas, in the Eastern District of Texas, I, Cedric Rondell Howard, attempted to acquire a firearm, that is, a Marlin Firearms, model 60, .22 caliber rifle, from Cash America Pawn of Texarkana, in Texarkana, Texas.

2.      Cash America Pawn of Texarkana is a licensed dealer of firearms.

3.      During the course of my attempted acquisition of a firearm, I knowingly made a false written statement, on the ATF Form #4473, to Cash America Pawn of Texarkana, in that I stated that I had not been convicted in any court of a misdemeanor crime of domestic violence or a felony, or any other crime, for which the judge could have imprisoned me for more than one year.

4.      This false statement was likely to deceive Cash America Pawn of Texarkana as to a fact material to the lawfulness of my acquisition of the above described firearm.

5.      In truth and in fact, when I made said statement, I knew that I had been previously convicted of both Assault Causes Bodily Injury Family Violence, on July 31, 2008, in Cause No. 2008-2134, in the County Court at Law #1 in and for Gregg County, Texas, and Burglary of a Habitation, a 1st degree felony, on April 1, 1993, in Cause No. CR-93-004, in the 4th Judicial District Court in and for Rusk County, Texas.

6.      At the time I attempted to acquire said firearm, I intended to possess it solely and exclusively for a lawful sporting purpose, to-wit: hunting squirrels.

7.      The defendant acknowledges that these facts constitute a violation of 18 U.S.C. § 922(a)(6) (False Statement in Connection with the Attempted Acquisition of a Firearm) as alleged in Count One of the indictment. He hereby stipulates that the facts described above are true and correct and accepts them as the uncontroverted facts of this case.

**Factual Basis**
**Page 2 of 3**

## SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT

I have read this Factual Basis and the Plea Agreement in this matter and have discussed them with my attorney. I fully understand the contents of this Factual Basis and the Plea Agreement and agree without reservation that it accurately describes my acts.

Dated: _8/20/19_

_____
CEDRIC RONDELL HOWARD
Defendant


## SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, Cedric Rondell Howard. Based upon my discussions with my client, I am satisfied that my client understands the terms and effects of the Factual Basis and the Plea Agreement and is signing this Factual Basis voluntarily.

Dated: _8/20/19_

_____
CORY FLOYD
Attorney for Defendant